IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY D. HOWARD, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 11-161 |
| vs. | ) District Judge Terrence F. McVerry |
| | ) Magistrate Judge Maureen P. Kelly |
| CANTEEN CORRECTIONAL | ) |
| SERVICES, INC., MR. THOMAS KLINE, | ) |
| MR. ERNEST MARKHAM, MR. SAM | ) |
| MINOTTI, MR. BLAIR PARR, MS. | ) |
| DARLENE THOMAS, MR. D.J. | ) |
| WILLIAMS, | ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this 30th day of November, 2011, after the Plaintiff, Gregory D.

Howard, filed an action in the above-captioned case, to which Defendants subsequently filed a

Motion to Dismiss, and to which Plaintiff failed to respond,  a Report and Recommendation was

filed by the United States Magistrate Judge on November 1, 2011, recommending the dismissal

of the action as a result of Plaintiff's failure to respond to either the Motion to Dismiss or a

subsequent Order to Show Cause regarding Plaintiff's failure to oppose the Motion to Dismiss.

The Report and Recommendation provided Plaintiff until November 18, 2011, to file written

objections thereto; however, no objections have been filed and, upon independent review of the

record, and upon consideration of the Magistrate Judge's Report and Recommendation, the

Report and Recommendation is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint in the above-captioned case at No.

11-161 is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.


/s/ Terrence F. McVerry
United States District Judge


cc:     Honorable Maureen P. Kelly
        United States Magistrate Judge

        Gregory D. Howard
        48 Beechford Road
        Penn Hills, PA 15235

        All counsel of record via CM/ECF